UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

VIRGINIA BATEMAN

VERSUS

TOYS "R"US-DELAWARE, INC., ET AL.

CIVIL ACTION

NO. 17-21-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated July 26, 2017 (doc. no. 19) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand filed by Plaintiff, Virginia Bateman ("Plaintiff") is DENIED and this matter is referred back to the Magistrate Judge for a scheduling conference.

Signed in Baton Rouge, Louisiana, on August 14, 2017.

**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**